IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FABIOLA GUARDADO DAVILA, <br> MERCEDES GARZA GARCIA, <br> SAN JUANA QUEZADA GARZA, <br> CIPRIANO SAUCEDO LOPEZ, <br> JOSE MONTEJANO ORTIZ, <br> BLANCA VALDEZ, <br> CLAUDIA VASQUEZ, AND <br> JOSE LORENZO GARCIA VASQUEZ <br><br> VS. <br><br> JIMMY NILES GRINER, <br> G&P TRUCK LINES INC., <br> HECTOR GONZALEZ QUINTANILLA, <br> AND AUTOBUSES REGIOMONTANOS <br> INTERNACIONALES | § § § § § § § § § § § § § § § § | CASE NO. 3:16-cv-02350-G |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, FABIOLA GUARDADO DAVILA, SAN JUANA QUEZADA GARZA, JOSE MONTEJANO ORTIZ, BLANCA VALDEZ, CLAUDIA VASQUEZ, AND JOSE LORENZO GARCIA VASQUEZ, the remaining Plaintiffs in this matter, by and through the undersigned counsel, and hereby give notice that these remaining Plaintiffs wish to dismiss the above-styled cause, without prejudice, for the reason that Plaintiffs have settled their causes of action and/or no longer wish to prosecute this matter.

**WHEREFORE,** Plaintiffs pray that the Court and all interested parties take notice of this Notice of Dismissal Without Prejudice in connection with this matter, and that the Court hereby non-suit this case, without prejudice to the refiling of same.

Respectfully submitted,

MATTHEWS & FORESTER

*/s/Chad Matthews*
CHAD MATTHEWS
TSB # 00787980
FEDERAL ID #17004
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
(281) 535-3000
(281) 535-3010 (FAX)
cmatthews@matforlaw.com

ATTORNEY IN CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This certifies that on January 19, 2017, the foregoing instrument was electronically filed with the Clerk of Court using the ECF system. Notice of this filing will be automatically sent to all known counsel herein who are Filing Users by operation of the Court's electronic filing system.

*/s/Chad Matthews*
CHAD MATTHEWS

2